570 A.2d 970

HUNTERDON CENTRAL HIGH SCHOOL EDUCATION
ASSOCIATION, ET AL. v. HUNTERDON
CENTRAL REGIONAL HIGH SCHOOL
BOARD OF EDUCATION.

October 31, 1989.

Petition for certification denied.

570 A.2d 970

HUNTERDON CENTRAL HIGH SCHOOL EDUCATION
ASSOCIATION, ET AL. v. HUNTERDON
CENTRAL REGIONAL HIGH SCHOOL
BOARD OF EDUCATION.

October 31, 1989.

Cross-petition for certification denied.

570 A.2d 970

U–HAUL COMPANY OF NORTHERN NEW JERSEY v. BOARD
OF ADJUSTMENT OF THE TOWNSHIP OF SADDLE BROOK.

October 31, 1989.

Petition for certification denied.